# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY GREGORY, | Civil Action No. 09-6132 (SDW) |
| Plaintiff, | |
| v. | **ORDER** |
| HMSHOST FAMILY RESTAURANTS, INC., and ABC COMPANIES, INC., 1-10, (names being fictitious) | June 22, 2010 |
| Defendants. | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Esther Salas filed May 20, 2010, regarding Defendant's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of Maryland. Plaintiff opposes the motion. No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 22nd day of June, 2010,

**ORDERED** that the R&R of Magistrate Judge Salas filed May 20, 2010, is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion seeking to transfer venue to the District of Maryland (Docket Entry No. 5) is **GRANTED.**

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc: Magistrate Judge Esther Salas